UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

------------------------------------x
Stephen Greenberg,

               Plaintiff,

    -against-

SNL Financial L.C.

              Defendants.
------------------------------------x

08 Civ. 9916 (LAP)

ORDER OF CONFERENCE

LORETTA A. PRESKA, United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on November 17, 2009 at 11:00 a.m. for a conference in the above action.

SO ORDERED

November 3, 2009

LORETTA A. PRESKA, U.S.D.J.